THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SIMMONS, Appellant.

Submitted February 17, 2015; decided May 5, 2015

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS SPEAKS, Appellant.

Submitted March 30, 2015; decided May 5, 2015

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

JARROD PEREZ, Appellant, v LENORE FLEISCHER et al., Individually and Doing Business as 608 PARTNERSHIP, Respondents.

Submitted March 2, 2015; decided May 5, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge STEIN taking no part.

PHILIP SELDON, Appellant, v LEWIS BRISBOIS BISGAARD & SMITH LLP, et al., Respondents.

Submitted February 9, 2015; decided May 5, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.